```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03324
   TILTON TYRONE WALKER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-0654

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/13/2008 and was confirmed 04/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/05/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
PEOPLES GAS & LIGHT        UNSECURED           728.36          .00           .00
ASSET ACCEPTANCE CORP      UNSECURED           224.92          .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         22098.87          .00           .00
ACCESS COMMUNITY HEALTH    UNSECURED         NOT FILED         .00           .00
AT&T BROADBAND             UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED          3506.36          .00           .00
ILLINOIS DEPARTMENT OF E   UNSECURED         NOT FILED         .00           .00
IDES                       NOTICE ONLY       NOT FILED         .00           .00
ENH LABORATORY SERVICES    UNSECURED         NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          7777.62          .00           .00
LAKE MEADOWS APARTMENTS    UNSECURED         NOT FILED         .00           .00
LEE ORTHODONTICS           UNSECURED         NOT FILED         .00           .00
ORAL & MAXILLOFACIAL SUR   UNSECURED         NOT FILED         .00           .00
RUSH UNIVERSITY MEDICAL    UNSECURED         NOT FILED         .00           .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY       NOT FILED         .00           .00
UNIVERSITY OF CHICAGO HO   UNSECURED         NOT FILED         .00           .00
UNIVERSITY OF CHICAGO HO   NOTICE ONLY       NOT FILED         .00           .00
UNIVERSITY OF IL HOSPITA   UNSECURED         NOT FILED         .00           .00
ILLINOIS COLLECTION SERV   NOTICE ONLY       NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY           4975.14          .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED         .00           .00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY       NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           455.68          .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY       3,300.00                    1,901.98
TOM VAUGHN                 TRUSTEE                                         165.40
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     2,067.38
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 03324 TILTON TYRONE WALKER

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,901.98
TRUSTEE COMPENSATION                                               165.40
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                     2,067.38          2,067.38
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                    PAGE   2
    CASE NO. 08 B 03324 TILTON TYRONE WALKER